## HARRIS vs. USRY.

Where, in the foreclosure of a mortgage on personalty, the principal and interest were not separated, the foreclosure was fatally defective and the *fi. fa.* was properly quashed on demurrer. To allow the principal and interest to be joined in one sum in the foreclosure would be to allow interest to be collected on interest.

November 23, 1886.

Mortgages. Interest and Usury. Practice in Superior Court. Before Judge LUMPKIN. Glascock Superior Court. February Term, 1886.

Eli Harris proceeded to foreclose a chattel mortgage against Shirley, administrator of Usry, and another. The mortgage was originally for $550, but had two credits upon it. The affidavit of foreclosure stated that " there is now due and unpaid on the attached mortgage the sum of two hundred and sixty-six dollars and sixty-nine cents." The execution issued upon this foreclosure directed the levying officer to make the sum stated " and all accruing interest at the rate of        per cent.," etc. This *fi. fa.* was levied

on the property, and a claim was interposed by Rachel Usry. On the trial, the claimant moved to quash the *fi. fa.* on several grounds, one of them being that the affiant did not state the amount of principal and the amount of interest due on the mortgage.

The court sustained the motion, and the plaintiff excepted.

JAMES WHITEHEAD, by brief, for plaintiff in error.

THOS. E. WATSON, for defendant.

JACKSON, Chief Justice.

One objection made to this mortgage foreclosure by the claimant is sufficient, without more, to make the affirmance of the judgment necessary. The principal and interest are not separated therein. Code, §3570 ; Acts of 1814, p. 393 ; 6 *Ga.* 303.

Otherwise the judgment of foreclosure would draw interest on interest, and thus compound the interest.

Judgment affirmed.